| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1*<br><br>WOLLMUTH MAHER & DEUTSCH LLP<br>One Gateway Center, Ninth Floor<br>Newark, New Jersey 07102<br>Tel: 973-733-9200<br>Fax: 973-733-9292<br>Paul R. DeFilippo, Esq.<br>John D. Giampolo, Esq.<br>Email: pdefilippo@wmd-law.com<br>Email: jgiampolo@wmd-law.com<br><br>*Proposed Attorneys for Safe & Secure Self Storage, L.L.C.,*<br>*Debtor and Debtor-in-Possession* |
| In Re:<br><br>SAFE & SECURE SELF STORAGE, L.L.C.,<br><br>       Debtor and Debtor-in-Possession. |

Case No.: 15-30154 (SLM)

Judge: Stacey L. Meisel

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR[1]

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . $      N/A      .

   Prior to the filing of this statement I have received . . . . . . . . . . $     0.00      .

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      N/A      .

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify)

---

[1] *See* the Application for Retention of Professional, Wollmuth Maher & Deutsch LLP filed contemporaneously in Debtor's Chapter 11 case.

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

Date: November 9, 2015

John D. Giampolo
WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
Tel: 973-733-9200
Fax: 973-733-9292

2

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1* <br> WOLLMUTH MAHER & DEUTSCH LLP <br> One Gateway Center, Ninth Floor <br> Newark, New Jersey 07102 <br> Tel: 973-733-9200 <br> Fax: 973-733-9292 <br> Paul R. DeFilippo, Esq. <br> John D. Giampolo, Esq. <br> Email: pdefilippo@wmd-law.com <br> Email: jgiampolo@wmd-law.com <br><br> *Proposed Attorneys for Safe & Secure Self Storage, L.L.C., Debtor and Debtor-in-Possession* | |
| In Re: <br><br> SAFE & SECURE SELF STORAGE, L.L.C., <br><br> Debtor and Debtor-in-Possession. | Case No.: 15-30154 (SLM) <br><br> Judge: Stacey L. Meisel <br><br> Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Roman Master Property Holding Co., LLC, a/k/a, Roman Master Property Holding Company, LLC <br> 101 Pugliese's Way, Suite 200 <br> Delray Beach, FL 33444 | | 99% | Membership Interest |
| Central Bergen Properties, Inc. <br> 101 Pugliese's Way, Suite 200 <br> Delray Beach, FL 33444 | | 1% | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Officer of the company named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: November 9, 2015            By: /s/ Laura K. Pugliese
                                        Laura K. Pugliese
                                        Authorized Officer of Safe & Secure Self Storage, L.L.C.

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

2

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1* |
| WOLLMUTH MAHER & DEUTSCH LLP<br>One Gateway Center, Ninth Floor<br>Newark, New Jersey 07102<br>Tel: 973-733-9200<br>Fax: 973-733-9292<br>Paul R. DeFilippo, Esq.<br>John D. Giampolo, Esq.<br>Email: pdefilippo@wmd-law.com<br>Email: jgiampolo@wmd-law.com<br><br>*Proposed Attorneys for Safe & Secure Self Storage, L.L.C.,*<br>*Debtor and Debtor-in-Possession* |

| | |
|---|---|
| In Re:<br><br>SAFE & SECURE SELF STORAGE, L.L.C.,<br><br>Debtor and Debtor-in-Possession. | Case No: 15-30154 (SLM)<br><br>Chapter 11 |

## DECLARATION CONCERNING CREDITOR MATRIX

I, the undersigned authorized officer of Safe & Secure Self Storage, L.L.C., as debtor and debtor-in-possession (the "*Debtor*") in the above-captioned case, declare under penalty of perjury that I have read the following Creditor Matrix for the Debtor in this case and that the Creditor Matrix is true and correct to the best of my information and belief.[1]

                                                                                    Anthony V. Pugliese, III,
                                                                                    Sole Manager of Safe & Secure Self Storage, L.L.C.

Dated: October 28, 2015

---

[1] The information herein and in the Creditor Matrix does not constitute an admission of liability by, nor is it binding on the Debtor, and nothing provided herein or in the Creditor Matrix shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

Advantage Printing Solutions, LLC
1107 Goffle Road, Suite 4
Hawthorne, NJ 07506

AmeriHealth
P.O. Box 70250
Philadelphia, PA 19176-0250

Card Services Center
P.O. Box 105025
Atlanta, GA 30348-5025

North Jersey Media Group
P.O. Box 471
Woodland Park, NJ 07424-0471

Onyx Equities, LLC, as Receiver
900 Route 9 North, Suite 400
Woodbridge, NJ 07095

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

ReadyRefresh by Nestle
215 6661 Dixie Hwy #4
Louisville, KY 40285

SpareFoot
701 Brazos Street, Suite 700
Austin, TX 78701

The Hartford
P.O. Box 3556
Orlando, FL  32802-3556

Verizon
P.O. Box 4833
Trenton, NJ  08650-4833

Wells Fargo Bank, N.A., as Trustee c/o ORIX Capital Markets, LLC
1717 Main Street, 11th Floor
Dallas, TX 75201